# MARK S. WALLACH
## Trustee in Bankruptcy

United States Bankruptcy Court  
Western District of New York  
Telephone (716) 852-1835

169 Delaware Avenue  
Buffalo, New York 14202

October 20, 2010

United States Bankruptcy Court  
Western District of New York  
Olympic Towers  
300 Pearl Street, Suite 250  
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

                Re:    January A. Hill  
                        BK NO. 08-15270  
                        Request to Deposit of Unclaimed Funds  
                        into the United States Treasury

Dear Mr. Warren:

      Enclosed herewith please find my Trustee check in the amount of $1.97. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

        eCAST Settlement Corporation  
        Assignee of GE Money            $1.97        Claims Register #13

FILED OCT 28 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Very truly yours,

BY: _____  
Mark S. Wallach, Trustee

Enclosure